# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| RAMONDRIA JALONE JOHNSON, JR., | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:22-cv-73 |
| | * | |
| v. | * | |
| | * | |
| STATE OF GEORGIA, | * | |
| | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Ramondria Johnson ("Johnson") did not file Objections to the Report and Recommendation. Johnson did, however, file a Motion to Compel Trial Court to Dismiss Case With Prejudice, dkt. no. 5.

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court also **DISMISSES without prejudice** Johnson's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus for failing to exhaust his available state remedies, **DENIES as moot** Johnson's Motion to Compel, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the

AO 72A
(Rev. 8/82)

appropriate judgment of dismissal, and **DENIES** Johnson *in forma pauperis* status on appeal and a Certificate of Appealability.

**SO ORDERED**, this 26 day of April, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA